# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 MAY 19 AM 9: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT CALIFORNIA

BY _____ DEPUTY

In the Matter of the Search of

**SEARCH WARRANT**

9799 Miramar Road
San Diego, California 92126

'08 MJ 1491

CASE NUMBER:

TO:   Special Agent Matthew W. Chenevey and any Authorized Officer of the United States

Affidavit having been made before me by Matthew W. Chenevey, who has reason to believe that on the premises known as:

9799 Miramar Road, San Diego, California, 92126

[as more fully described in  ATTACHMENT A]

in the Southern District of California  there is now concealed a certain property, namely :

SEE ATTACHMENT B

The application and affidavit in support of this search warrant, although not attached, are specifically incorporated herein by reference.  I am satisfied that the affidavit  establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  May 22, 2008 _____
                                                                                                                  Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search in the daytime-6:00 a.m. to 10:00 p.m., and if the property be found there to seize same, leaving a copy of this warrant, attachments, and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to _____ CATHY ANN BENCIVENGO _____ as required by law.
                                                            U.S. Magistrate Judge

May 12, 2008, at  4:10 P .m., at San Diego, California;

Honorable Cathy Ann Bencivengo, U.S. Magistrate Judge, _____
                                                                                                      Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/12/08 | 5/13/08 ; 0755 Hours | SAID SAIDIAN |

INVENTORY MADE IN THE PRESENCE OF SAID SAIDIAN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597's.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    5/19/08
U.S. Judge or Magistrate    Date

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File #    315D - SD - 68626

On (date)   05/13/2008

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name)   FLAMINGO CAR GROUP

(Street Address)   9799 MIRAMAR RD

(City)   SAN DIEGO, CA 92126

Description of Item(s):

1.) 3x PAY VOUCHERS
2.) APPLICATION PACKAGES
3.) SALES CONTRACTS + COPIES OF TITLES
4.) SALES JACKETS + CHECK RECEIPTS
5.) SALES JACKETS FROM TOP DRAWER OF FILE CABINET
6.) FINANCIAL RECORDS FROM BOTTOM 3 DRAWERS OF FILE CABINET
7.) SALES JACKETS
8.) CPU # 2011565
9.) DELL CPU # 1NB6F51
10.) DELL CPU # H64NF51
11.) CPU # 2011563
12.) DMV + CHECKS RECEIPTS
13.) CPU # 2011573
14.) CPU # 2011570
15.) BUSINESS RECORDS + INCOME TAX RECORDS
16.) SALES JACKETS 2005 - 2006

Received By: SA _____ (Signature)

Received From: X _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __315D- SD - 68626__

On (date) ___05/13/2008___

item(s) listed below were:
- [✓] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) __FLAMINGO CAR GROUP__

(Street Address) __9799 MIRAMAR RD__

(City) __SAN DIEGO, CA 92126__

Description of Item(s): ___

17) FILE CABINET, SALES JACKETS

18) File Cabinet, Sales Jackets

19) File Cabinet, Sales Jackets

20) " " " "

21) " " " "

22) CPU # 2011567

23) CPU # 2011564 w/ Password Book

24) Sales Contracts

25) Report of Sales / Dealer Jackets

26) Bank Deposit Slips & Statements

27) Sales Accounting Records

28) Briefcase - unlocked, Business Records, Immigration, Financial, Locking Code: 000000

29) Financial and immigration records

30) Sales Jackets 1999-2002

31) Sales Jackets / Journals

32) Call Records, Court Docs, Titles, Cell Phones, CDs, Wallet

SA (nas) Murphy

Received By: SA _____ (Signature)   Received From: X _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # ~~███████~~ 315D-SD-68626

On (date) 05/13/2008

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) FLAMINGO CAR GROUP

(Street Address) 9799 MIRAMAR RD

(City) SAN DIEGO, CA 92126

Description of Item(s):

33.) CPU #2 MB6FS1 w/ THUMB DRIVE
34.) HP LAPTOP S/N: 2CE7151QVY
35.) COMPAQ LAPTOP S/N: CNF6120Z46
36.) GATEWAY LAPTOP S/N: N6364-910-36713
37.) COMPAQ LAPTOP S/N: CNF6120Z32

Received By: SA _____ (Signature)    Received From: X _____ (Signature)